UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: )
)
IVY T. NGO, ) Case No. 25-14867 MER
) Chapter 11
Debtor. )

ORDER GRANTING APPLICATION TO EMPLOY WADSWORTH GARBER WARNER CONRARDY, P.C. AS COUNSEL FOR THE DEBTOR-IN-POSSESSION

THE COURT, having examined the Application to Employ Wadsworth Garber Warner Conrardy, P.C. as Counsel for the Debtor-in-Possession ("Application") and the verification in support thereof, and it appearing that the law firm of Wadsworth Garber Warner Conrardy, P.C. ("WGWC"), the proposed attorneys, are duly admitted to practice in this Court, and the Court being satisfied that WGWC represents no interest adverse to Ivy T. Ngo, nor do said attorneys represent any interest adverse to the estate in the matters upon which they are to be engaged, that their appointment is necessary and would be in the best interests of the estate, hereby

ORDERS that the Application is GRANTED. Pursuant to L.B.R. 2014-1(c), WGWC's employment is effective August 6, 2025, the date the Application was filed.

Dated: August 25, 2025.

BY THE COURT

_____
Hon. Michael E. Romero
United States Bankruptcy Judge