**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: | ) |
| | ) |
| IVY T. NGO, | ) Case No. 25-14867 MER |
| | ) Chapter 11 |
| Debtor. | ) |

**ORDER GRANTING MOTION TO APPROVE RETAINER FOR WADSWORTH GARBER WARNER CONRARDY, P.C. AS COUNSEL FOR THE DEBTOR-IN-POSSESSION**

THIS MATTER having come before the Court on the Motion to Approve Retainer for Wadsworth Garber Warner Conrardy, P.C. as Counsel for the Debtor-in-Possession ("Motion") and the Court having reviewed and considered the Motion and any responses or objections thereto, and being fully advised on the premises hereby

ORDERS that the Application is GRANTED. Wadsworth Garber Warner Conrardy, P.C.'s retainer in the amount of $20,574.50 is approved. Wadsworth Garber Warner Conrardy, P.C. may only draw on the retainer subject to further order of the Court.

Dated: August 25, 2025

BY THE COURT

Hon. Michael E. Romero
United States Bankruptcy Judge