**Fill in this information to identify the case:**

Debtor Name  IVY TRAN PHAM NGO

United States Bankruptcy Court for the: _____  District of _COLORADO_____

Case number: 25-14867 MER

☐ Check if this is an amended filing

---

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11        12/17

Month: November 2025                                Date report filed: 12/22/2025
                                                    MM / DD / YYYY
Line of business: N/A                               NAISC code: N/A

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:                Ivy Tran Pham Ngo
Original signature of responsible party   *Ivy Ngo (Dec 19, 2025 14:44:10 MST)*
Printed name of responsible party  Ivy Tran Pham Ngo

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☑ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☑ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name IVY TRAN PHAM NGO                    Case number 25-14867 MER

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**  $ 16,740.14

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ 7,004.88

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    − $ 6,749.72

22. **Net cash flow**    + $ 255.16

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.    = $ 16,995.30

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ 0.00

    (Exhibit E)

Debtor Name  IVY TRAN PHAM NGO                    Case number 25-14867 MER

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**  $ _____ 0

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? _____ 0
27. What is the number of employees as of the date of this monthly report? _____ 0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ _____ 0
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ _____ 0
30. How much have you paid this month in other professional fees? $ _____ 0
31. How much have you paid in total other professional fees since filing the case? $ _____ 0

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br><br>Copy lines 35-37 from the previous month's report. | Column B<br>**Actual**<br><br>Copy lines 20-22 of this report. | Column C<br>**Difference**<br><br>Subtract Column B from Column A. |
|---|---|---|---|
| 32. **Cash receipts** | $ 7,849.20 | − $ 7,004.88 | = $ 844.32 |
| 33. **Cash disbursements** | $ 6,997.32 | − $ 6,749.72 | = $ 274.60 |
| 34. **Net cash flow** | $ 255.16 | − $ 1,399.71 | = $ -1,144.55 |

35. Total projected cash receipts for the next month:        $ 7,167.66
36. Total projected cash disbursements for the next month:  − $ 19,341.45
37. Total projected net cash flow for the next month:        = $ -12,173.79

Debtor Name  IVY TRAN PHAM NGO                    Case number 25-14867 MER

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

**IVY NGO, 25-14867 MER**                              **EXHIBIT C - RECEIPTS**

| Date | Amount | Description |
|---|---|---|
| 11/13/2025 | $ 0.95 | Higginbotham FSA account verification |
| 11/14/2025 | $ 0.52 | Key Bank interest payment |
| 11/18/2025 | $ 599.00 | Higginbotham FSA reimbursement |
| 11/25/2025 | $ 6,404.41 | Net monthly salary |

**Total**                                              **$7,004.88**

**IVY NGO, 25-14867 MER**                                    **EXHIBIT D - DISBURSEMENTS**

| Date | Amount | Description |
|---|---:|---|
| 11/3/2025 | $ 125.00 | Donation to T. Willis for law firm |
| 11/3/2025 | $ 12.50 | Donation to T. Willis for law firm |
| 11/4/2025 | $ 231.83 | DMNS dependent care & donation |
| 11/4/2025 | $ 65.00 | CWBA event for law firm |
| 11/4/2025 | $ 1,450.00 | Two Hills accounting and taxes for law firm |
| 11/5/2025 | $ 475.00 | Two Hills accounting for personal (50%) |
| 11/6/2025 | $ 110.74 | Make-up for professional headshot |
| 11/7/2025 | $ 4.00 | Parking for NAPABA Conference |
| 11/7/2025 | $ 4.00 | Parking for NAPABA Conference |
| 11/10/2025 | $ 0.50 | Parking for NAPABA Conference |
| 11/10/2025 | $ 4.00 | Parking for NAPABA Conference |
| 11/10/2025 | $ 4.00 | Parking for NAPABA Conference |
| 11/10/2025 | $ 4.00 | Parking for NAPABA Conference |
| 11/10/2025 | $ 3.00 | Parking for NAPABA Conference |
| 11/12/2025 | $ 16.63 | Groceries |
| 11/13/2025 | $ 0.95 | Higginbotham FSA account verification |
| 11/14/2025 | $ 103.99 | Cory Elementary School Donation |
| 11/14/2025 | $ 3,081.00 | Monthly life insurance payment |
| 11/17/2025 | $ 27.05 | Food & drink for work |
| 11/18/2025 | $ 70.67 | Lyft for work |
| 11/18/2025 | $ 29.97 | Lunch for work |
| 11/18/2025 | $ 130.00 | Dinner for work |
| 11/19/2025 | $ 56.67 | Uber for work |
| 11/19/2025 | $ 40.00 | DIA parking for work |
| 11/26/2025 | $ 699.22 | Monthly 401k loan payment |

**Total**                       **$   6,749.72**

KeyBank
P.O. Box 93885
Cleveland, OH 44101

31 T0045 0000 R 49 AO
IVY NGO DEBTOR
CASE #:25-14867
1020 S CLARKSON ST
DENVER CO 80209-4304

# Key Select Checking®

Account number ending: 0331

November 14, 2025 to December 11, 2025

## Account Summary

| | |
|---|---:|
| Beginning Balance on November 14, 2025 | $11,035.48 |
| **Deposits (Money In)** | |
|     Deposits | $7,875.34 |
|     Interest | $0.40 |
| **Withdrawals (Money Out)** | |
|     Withdrawals | -$18,760.82 |
| **Ending Balance on December 11, 2025** | **$150.40** |
| Annual Percentage Yield (APY) Earned | 0.05% |
| Number of Days This Statement Cycle | 27 |
| Interest Paid on December 11, 2025 | $0.40 |
| Interest Earned This Statement | $0.39 |
| Interest Paid Year-to-Date | $1.40 |

Make sure you read the **Account Updates** section on page 2 of this statement to find out important information about your account.



### You're eligible for a $100 cash bonus annually.

As a Key Select Checking client, you're well on your way to earning an annual bonus. Just be sure to keep your account active and continue to make the qualifying direct deposits.



**Key Select Checking:**
1-800-KEY2YOU® (1-800-539-2968)
Dial 711 for TTY/TRS



**Sign On or Enroll in Online and Mobile Banking:**
key.com


# Deposits

| Date | Description | Amount |
|---|---|---|
| 11/18 | HIGGINBOTHAM-FSACLAIM REIM | $599.00 |
| 11/25 | ASF, DBA INSPERIPAYROLL | $6,404.41 |
| 12/03 | HIGGINBOTHAM-FSACLAIM REIM | $762.84 |
| 12/11 | INTERNET TRF FR DDA ENDING IN 9779     0618 | $109.09 |
| **Total Deposits** | | **$7,875.34** |

# Withdrawals

| Date | Description | Amount |
|---|---|---|
| 11/17 | KU CHA HOUSE BOULDER     BOULDER     CO | $27.05 |
| 11/18 | LYFT   *RIDE MON 12PM     SAN FRANCISCO  CA | $70.67 |
| 11/18 | DUN HUANG           NEW YORK     NY | $29.97 |
| 11/18 | NUBIANI             NEW YORK     NY | $130.00 |
| 11/19 | UBER *TRIP HELP.UBER.C     8005928996     CA | $56.67 |
| 11/19 | DEN PUBLIC PARKING     DENVER     CO | $40.00 |
| 11/26 | WITHDRAWAL BRANCH 0695 COLORADO | $699.22 |
| 12/01 | ONEQUINCE* Q15619539     SAN FRANCISCO  CA | $200.25 |
| 12/02 | AFP*COLORADO WOMENS BA     DENVER     CO | $10.00 |
| 12/02 | AFP*ASIAN PACIFIC AMER     AURORA     CO | $25.00 |
| 12/02 | JPMORGAN CHASE  EXT TRNSFR | $15.00 |
| 12/05 | WITHDRAWAL BRANCH 0045 COLORADO | $15,000.00 |
| 12/05 | POS     MAC SPROUTS FARMER     DENVER     CO | $25.19 |
| 12/08 | INTERNET TRF TO DDA ENDING IN 9779     0618 | $2,400.00 |
| 12/08 | VENMO           ADDFUNDS | $0.99 |
| 12/08 | VENMO           PAYMENT | $5.00 |
| 12/10 | KING ARTHUR FLOUR STOR     NORWICH     VT | $25.81 |
| **Total Withdrawals** | | **-$18,760.82** |

# Account Updates

Read this section to discover any changes that may affect your account now, or in the future.
*Questions? Call the number on this statement or contact your banker.*

**Changes to ATM per transaction deposit limits**
Effective January 12, 2026, we are updating our *Disclosure Statement and Terms and Conditions for Electronic Fund Transfer Transactions* and *Disclosure Statement and Terms and Conditions for KeyBank's Health Savings Account Card* to include information regarding ATM per transaction deposit limits. Here's what you need to know:

- **ATM Deposit Limit.** We are lowering the maximum amount you can deposit per transaction at KeyBank ATMs.
- **What happens if you exceed the limit?** If you try to deposit more than the new limit, the ATM will return your check or cash and display a message explaining that the transaction can't be completed.
- **Alternative Deposit Option**. You can make your deposit inside any KeyBank branch.

**Change to Book-to-Book Wire Transfer fees**
Effective January 12, 2026, we are updating our *Deposit Account Fees and Disclosures* to reflect a change to our Book-to-Book Wire Transfer fees. Here's what you need to know:

- A Book-to-Book Wire Transfer fee is assessed when there is a Domestic Outgoing Wire to a Key Account. This fee will be increasing from $4.50 to $10.00.

## INFORMATION ABOUT YOUR CHECKING ACCOUNT

**Consumer Account Disclosures**

The following disclosures apply only to accounts covered by the Federal Truth-in-Savings Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

Annual Percentage Yield (APY) Earned may show 0.00% when balances are not high enough to generate interest and in accounts that receive a quarterly statement.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

If you think your statement or receipt is wrong or need more information about a transfer listed, please call the phone number on the first page of this statement, or write us at **KeyBank Customer Disputes, NY-31-55-0228, 555 Patroon Creek Blvd., Albany, NY 12206** as soon as you can. When you contact us, make sure you:

- Give us your name and account number
- Describe the error or transfer in question, and explain why you believe it is an error or why you need more information
- Tell us the dollar amount

We must hear from you no later than 60 days after we sent the first statement where the problem or error appeared. We will investigate your complaint and correct any error promptly. If we take more than 10 business days, we will credit your Account for the amount you think is in error, so you will have use of the money during the time it takes us to complete our investigation.

<u>EVALUATION PERIOD DEFINITIONS</u>
- **New Key Select Checking Account:** Your account will be reviewed for eligible deposits during the 12 calendar months following the first calendar day of the second full month after account opening.
- **Existing KeyBank accounts converted into a Key Select Checking Account:** Your 12-month Evaluation Period begins on the first day of the calendar month in which your account was converted. (The first day of the month in which your account is converted.)
  o If your account is both opened <u>and</u> converted in the same calendar month and year, your Evaluation Period will be based on the <u>new</u> account schedule.

<u>$100 BONUS</u>
- Direct Deposits: To qualify for the $100 bonus, ALL of the following three requirements must be met. Eligible direct deposits:
  o Must total at least $60,000 during the Evaluation Period.
  o Are electronic automated clearing house (ACH) deposits. Examples of eligible direct deposits include, but are not limited to: payroll, Social Security, pension and government benefits. Deposits made through a teller, ATM, or the KeyBank mobile app are ineligible direct deposits.
  o At least one eligible direct deposit transaction (in any amount) must be received within the final two calendar months at the end of the Evaluation Period.
- Your account will be reviewed at the end of each Evaluation Period for cash bonus eligibility. Eligibility is based on cumulative direct deposits in the preceding Evaluation Period.
- Your $100 bonus will be reported to the IRS on Form 1099-INT.
- Your $100 bonus will be deposited into your checking account within 30 calendar days after the Evaluation Period has expired.
- If your account is converted into an account type other than a Key Select Checking Account during the Evaluation Period, progress toward the cash bonus is forfeited.
- Accounts that are closed or in a legally dormant status *(legally dormant status is determined by applicable state law)* at the end of the Evaluation Period or at the time of the bonus payout are not eligible for the bonus payment.
- Key Select Checking Account is an interest-bearing account; for current balance tiers and rates, please call 866-821-9154 or visit key.com.

KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

31 T0045 0000 R 49 AO
IVY NGO DEBTOR
CASE #:25-14867
1020 S CLARKSON ST
DENVER CO 80209-4304

# Key Select Money Market Savings®

Account number ending: 9779

September 15, 2025 to December 11, 2025

## Account Summary

| | |
|---|---:|
| Beginning Balance on September 15, 2025 | $0.00 |
| **Deposits (Money In)** | |
|     Deposits | $2,410.00 |
|     Interest | $0.01 |
| **Withdrawals (Money Out)** | |
|     Withdrawals | -$109.09 |
| **Ending Balance on December 11, 2025** | **$2,300.92** |
| Annual Percentage Yield (APY) Earned | 0.04% |
| Number of Days This Statement Cycle | 88 |
| Interest Paid on December 11, 2025 | $0.01 |
| Interest Earned This Statement | $0.01 |
| Interest Paid Year-to-Date | $0.01 |

Make sure you read the **Account Updates** section on page 2 of this statement to find out important information about your account.


**Customer Service:**
1-800-KEY2YOU® (1-800-539-2968)
Dial 711 for TTY/TRS


**Your Branch:**
3410 E 1ST AVE
DENVER CO 80206
303-321-1234


**Sign On or Enroll in Online and Mobile Banking:**
key.com

## Deposits

| Date | Description | | Amount |
|---|---|---|---|
| 09/19 | INTERNET TRF FR DDA ENDING IN 0331 | 0618 | $10.00 |
| 12/08 | INTERNET TRF FR DDA ENDING IN 0331 | 0618 | $2,400.00 |
| **Total Deposits** | | | **$2,410.00** |

## Withdrawals

| Date | Description | | Amount |
|---|---|---|---|
| 12/11 | INTERNET TRF TO DDA ENDING IN 0331 | 0618 | $109.09 |
| **Total Withdrawals** | | | **-$109.09** |

## Account Updates

Read this section to discover any changes that may affect your account now, or in the future.

Questions? Call the number on this statement, visit your local branch or contact your banker.

### Changes to ATM per transaction deposit limits

Effective January 12, 2026, we are updating our *Disclosure Statement and Terms and Conditions for Electronic Fund Transfer Transactions* and *Disclosure Statement and Terms and Conditions for KeyBank's Health Savings Account Card* to include information regarding ATM per transaction deposit limits. Here's what you need to know:

- **ATM Deposit Limit.** We are lowering the maximum amount you can deposit per transaction at KeyBank ATMs.
- **What happens if you exceed the limit?** If you try to deposit more than the new limit, the ATM will return your check or cash and display a message explaining that the transaction can't be completed.
- **Alternative Deposit Option**. You can make your deposit inside any KeyBank branch.

### Change to Book-to-Book Wire Transfer fees

Effective January 12, 2026, we are updating our *Deposit Account Fees and Disclosures* to reflect a change to our Book-to-Book Wire Transfer fees. Here's what you need to know:

- A Book-to-Book Wire Transfer fee is assessed when there is a Domestic Outgoing Wire to a Key Account. This fee will be increasing from $4.50 to $10.00.

### INFORMATION ABOUT YOUR SAVINGS ACCOUNT

**Consumer Account Disclosures**

The following disclosures apply only to accounts covered by the Federal Truth-in-Savings Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

Annual Percentage Yield (APY) Earned may show 0.00% when balances are not high enough to generate interest and in accounts that receive a quarterly statement.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

If you think your statement or receipt is wrong or need more information about a transfer listed, please call the phone number on the first page of this statement, or write us at: **KeyBank Customer Disputes, NY-31-55-0228, 555 Patroon Creek Blvd., Albany, NY 12206** as soon as you can. When you contact us, make sure you:

- Give us your name and account number
- Describe the error or transfer in question, and explain why you believe it is an error or why you need more information
- Tell us the dollar amount

We must hear from you no later than 60 days after we sent the first statement where the problem or error appeared. We will investigate your complaint and correct any error promptly. If we take more than 10 business days, we will credit your Account for the amount you think is in error, so you will have use of the money during the time it takes us to complete our investigation.

For general questions about your account, call us at:
**1-800-KEY2YOU**® **(1-800-539-2968)**
Dial 711 for TTY/TRS